# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARTIN F. SLATTA,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5271KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ's decision that the plaintiff was not disabled is AFFIRMED.

February 22, 2011

WILLIAM M. McCOOL
Clerk

_By Traci Whiteley, Deputy Clerk_